**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| **DAVID L. WILLIAMS and CHONG KU WILLIAMS,** | : | |
| | : | **CASE NO:** |
| **Plaintiffs,** | : | **7:25-cv-155–WLS** |
| **v.** | : | |
| **STATE FARM FIRE AND CASUALTY COMPANY,** | : | |
| | : | |
| **Defendant.** | : | |

## **ORDER**

The Court has been notified that Plaintiff David L. Williams has died. (*See* Suggestion of Death, Doc. 23). Counsel for the Plaintiff Chong Ku Williams and Defendant are hereby **ORDERED** to confer and advise the Court in writing within fourteen (14) days of the actions, if any, the Parties contend are necessary or desirable under Federal Rule of Civil Procedure 25 Substitution of Parties.

**SO ORDERED**, this 4th day of September 2026.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**