**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| **DAVID L. WILLIAMS and CHONG KU WILLIAMS,** | : | |
| **Plaintiffs,** | : | **CASE NO: 7:25-cv-155–WLS** |
| **v.** | : | |
| **STATE FARM FIRE AND CASUALTY COMPANY,** | : | |
| **Defendant.** | : | |

## ORDER

By Order (Doc. 24) entered September 4, 2026, counsel for the Plaintiff Chong Ku Williams and Defendant were ordered to confer and advise the Court of the actions, if any, the Parties believed were necessary or desirable for the substitution of parties as a result of the death of Plaintiff David L. Williams. Before the Court is the Plaintiff and Defendant's Written Response to Order Doc. 24 filed September 18, 2026. (Doc. 25). Therein, the Parties advise the Court that no additional parties are necessary or desirable and that this lawsuit should continue among the remaining parties under Federal Rules of Civil Procedure Rule 25(a)(2). The Parties request that the case caption be amended to remove David Williams and designate Chong Ku Williams as the sole Plaintiff in this case.

Accordingly, the Clerk is **DIRECTED** to amend the case caption to reflect that Chong Ku Williams is the sole Plaintiff.

**SO ORDERED**, this 23rd day of September 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**